IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

NEIS ACQUISITIONS AUXGA, LLC,  )
               )
   Plaintiff,       )
               )
vs.             )
               )  CIVIL ACTION FILE NO.:
TARGET CORPORATION,    )
               )  5:25-cv-00114-TES
   Defendant,      )
               )
vs.             )
               )
WILLIAMS-COMPANY – SOUTHEAST, )
               )
   Defendant/Third-Party Plaintiff, )
               )
vs.             )
               )
EVERGREEN SITEWORKS, LLC,   )
               )
   Third-Party Defendant.   )

## ORDER GRANTING JOINT ADDITIONAL MOTION TO REFORM DEADLINES IN AMENDED SCHEDULING ORDER

   This Court, having reviewed and considered the Defendant's Motion to Reform Deadlines in Amended Scheduling Order, and finding that good cause has been shown, GRANTS the motion and extends deadlines in this case as follows:

   a. Expert witness reports due by August 29, 2025.

   b. Rebuttal expert witness disclosures due by September 26, 2025.

   c. Rebuttal expert witness reports due by October 31, 2025.

   d. Discovery cutoff on December 5, 2025.

   e. Dispositive Motions and Daubert Motions must be filed no later than December 31, 2025.

SO ORDERED this __24th__ day of __July__, 2025.

_s/Tilman E. Self, III_____
Honorable Tilman E. Self
Judge
United States District Court, Middle District of Georgia

Prepared and presented by:

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ PC**

_/s/Ivy N. Cadle_
Ivy N. Cadle
Georgia Bar No. 353227
J. Tyler Cox
Georgia Bar No. 876435
3414 Peachtree Road NE, Ste 1500
Atlanta, GA 30326
(404) 577-6000
(404) 221-6501 (facsimile)
P.O. Box 5047
Macon, GA 31208-5047
icadle@bakerdonelson.com
tcox@bakerdonelson.com
_Attorneys for Target Corporation_