IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| NEIS ACQUISITIONS AUXGA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| vs. | ) | |
| | ) | 5:25-cv-00114-TES |
| TARGET CORPORATION, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

This Court, having reviewed and considered the Joint Motion to Amend Scheduling Order entered March 20, 2026, and finding that good cause has been shown, GRANTS the motion and HEREBY ORDERS as follows:

1. Depositions and other written discovery through August 3, 2026

2. Dispositive Motions and Daubert Motions must be filed no later than September 7, 2026.

3. Pre-trial Conference: TBD

4. Trial: TBD

SO ORDERED this __20th__ day of _____March_____, 2026.


___s/Tilman E. Self, III_____
Honorable Tilman E. Self
Judge, U.S. District Court Middle District of Georgia

Prepared and presented by:

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ PC**

*/s/ Ivy N. Cadle*
Ivy N. Cadle, Esq.
Georgia Bar No. 353227
Kayla L. Pfeifer, Esq.
Georgia Bar No. 142836
3414 Peachtree Road NE, Suite 1500
Atlanta, Georgia 30326
Telephone: 404-577-6000
icadle@bakerdonelson.com
*Counsel for Target Corporation*

Consented to by:

**DREW ECKL & FARNHAM, LLP**

*/s/ David L. Rusnak (signed by
I. Cadle w/ express permission)*
David L. Rusnak, Esq.
Georgia Bar No. 620170
Roberto Bazzani, Esq.
Georgia Bar No. 609464
303 Peachtree Street, Suite 3500
Atlanta, Georgia 30308
Telephone: 404-885-6111
rusnakd@deflaw.com
bazzanir@deflaw.com
*Counsel for NEIS*

2